

Laura Metcoff Klaus
Tel 202.533.2362
Fax 202.261.0137
klausl@gtlaw.com

July 11, 2014

Deborah S. Hunt, Clerk
U.S. Court of Appeals for the
  Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988

Re:   No. 12-4366
      <u>Peabody Coal Co. v. Director, OWCP and Eva Elizabeth Hill</u>

Dear Ms. Hunt:

   This letter provides a citation to supplemental authority pertinent to the issues raised in this case pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure.

   In *National Labor Relations Bd. v. Noel Canning*, __ U.S. __, No. 12-1281 (June 26, 2014), the Supreme Court reaffirmed the principles of separation of powers that guided the founders of this Nation in creating the structure of our government and highlighted the role of the judiciary "in a separation-of-powers case as in any other—"to say what the law is." Slip op. at 6-7. In the concurring opinion, Justice Scalia underscored the importance of two "overarching principles" that should guide the courts' consideration when deciding a case: (1) "the deep conviction that 'checks and balances were the foundation of a structure of government that would protect liberty.'" and (2) in questions concerning government structuring provisions, "it is the solemn responsibility of the Judicial Branch " to enforce fundamental constitutional doctrine without deferring "to the other branches' resolution of such controversies." Concurring slip op. at 3-4 (citations omitted). The Court's observation in *Noel Canning*, coupled with its reference to *Plaut v. Spendthrift Farm, Inc.*, 514 U.S. 211 (1995), and other cases cited adds further support to the arguments raised in Petitioner's Brief at pages 6-7, 15-18, Petitioner's Reply Brief at pages 1, 3-5, and Petitioner's Supplemental Brief.

   *Noel Canning* confirms that structural constitutional principles reflecting core values can never give way to the policy preferences of the Labor Department no matter how much a court prefers them as well.

                                            Sincerely,
                                            s/Laura Metcoff Klaus
                                            Laura Metcoff Klaus

cc:   Gary K. Stearman, Esq. (via CM/ECF)
      Barry H. Joyner, Esq. (via CM/ECF)
      Ms. Eva Elizabeth Hill (via regular mail)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
∞ OPERATES AS GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE
** STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP  ■  ATTORNEYS AT LAW  ■  WWW.GTLAW.COM
2101 L Street NW, Suite 1000  ■  Washington, DC 20037  ■  Tel 202.331.3100  ■  Fax 202.331.3101